Karl S. Kronenberger (State Bar No. 226112)
Jeffrey M. Rosenfeld (State Bar No. 222187)
Virginia A. Sanderson (State Bar No. 240241)
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
Attorneys for Plaintiff

Thomas M. Peterson (State Bar No. 96011)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001
tmpeterson@morganlewis.com
Attorney for Defendant Hewlett-Packard Company dba Snapfish.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL HILL CASTAGNOLA, an individual, individually and on behalf of a class of similarly situated persons, | Case No. CV 11-5772 JCS |
| | CLASS ACTION |
| Plaintiff, | |
| | **JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| HEWLETT-PACKARD COMPANY dba SNAPFISH.COM, a California corporation, and REGENT GROUP, INC. dba ENCORE MARKETING INTERNATIONAL, INC., a Delaware Corporation, | Magistrate Judge Joseph C. Spero |
| Defendants. | |

Plaintiff Carol Hill Castagnola ("Plaintiff") and Defendant Hewlett-Packard Company dba Snapfish.com ("Defendant"), by and through their attorneys of record, in accordance with Civil L.R. 6-1(a), STIPULATE AS FOLLOWS:

WHEREAS, Defendant was served with the Complaint on December 5, 2011;

WHEREAS, Defendant requests additional time to respond to the Complaint;

WHEREAS, the time extension will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT the time for Defendant Hewlett-Packard Company dba Snapfish.com to respond to Plaintiff's Complaint shall be extended to January 26, 2012 to allow Defendant sufficient time to prepare a response.

**IT IS SO STIPULATED.**

| MORGAN, LEWIS & BOCKIUS LLP | KRONENBERGER ROSENFELD, LLP |
|---|---|
| By: /s/ Thomas S. Peterson<br>THOMAS M. PETERSON<br>Attorneys for Defendant Hewlett-Packard Company dba Snapfish.com | By: s/ Jeffrey M. Rosenfeld<br>JEFFREY M. ROSENFELD<br>Attorneys for Plaintiff Carol Hill Castagnola |

Dated: 12/22/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, THOMAS M. PETERSON, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**. In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

Executed on this 21st day of December 2011, at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

_____/s/ Thomas M. Peterson_____