| | |
|---|---|
| Karl S. Kronenberger (SBN 226112)<br>Jeffrey M. Rosenfeld (SBN 222187)<br>Virginia A. Sanderson (SBN 240241)<br>**KRONENBERGER ROSENFELD, LLP**<br>150 Post Street, Suite 520<br>San Francisco, California 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158<br>karl@KRInternetLaw.com<br>jeff@KRInternetLaw.com<br>ginny@KRInternetLaw.com<br><br>Attorneys for Plaintiff<br><br>Myron M. Cherry<br>**MYRON M. CHERRY & ASSOCIATES, LLC**<br>30 North LaSalle Street, Suite 2300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-2100<br>Facsimile: (312) 853-0279<br>mcherry@cherry-law.com<br><br>Attorneys for Defendant Regent Group, Inc. | Thomas M. Peterson (SBN 96011)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>tmpeterson@morganlewis.com<br><br>Kristofor T. Henning (*pro hac vice* application pending)<br>Ezra D. Church (*pro hac vice* application pending)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>khenning@morganlewis.com<br>echurch@morganlewis.com<br><br>Attorneys for Defendant Hewlett-Packard Company |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAROL HILL CASTAGNOLA,** an individual, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>**HEWLETT-PACKARD COMPANY dba SNAPFISH.COM,** a California corporation, and **REGENT GROUP, INC. dba ENCORE MARKETING INTERNATIONAL, INC.,** a Delaware Corporation,<br><br>    Defendants. | **CASE NO.: CV 11-5772 JSW**<br><br>**STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT**<br>**AS MODIFIED HEREIN; SETTING HEARING DATE FOR MOTION TO DISMISS AND VACATING CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 16, 2012** |

**WHEREAS**, Plaintiff Carol Hill Castagnola ("Plaintiff") filed a class action complaint (the "Complaint") against Hewlett-Packard Company and Regent Group, Inc. ("Defendants") on December 1, 2011;

**WHEREAS**, by agreement, Defendants obtained a prior extension of time to respond to the Complaint until January 26, 2012 (Dkt. Nos. 9 and 15);

**WHEREAS**, the Complaint includes a claim against Defendants alleging a violation of the California Consumer Legal Remedies Act (CLRA). In its present form, the Complaint seeks only injunctive relief for Plaintiff's CLRA claim; but Plaintiff has indicated her intent to amend the Complaint to assert a claim for damages under the CLRA;

**WHEREAS**, in order to streamline the process for Defendants to respond to Plaintiff's anticipated Amended Complaint and to avoid unnecessary delay spent addressing the Complaint, the Parties have met and conferred regarding a proposed briefing schedule on Defendants' anticipated motions to dismiss Plaintiff's Amended Complaint and to coordinate the Initial Case Management Conference presently scheduled for March 16, 2012 with the hearing for Defendants' motions;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT**:

1. Defendants need not answer or otherwise respond to the Complaint.

2. Plaintiff shall file an Amended Complaint on or before **February 3, 2012**.

3. Defendants shall file their anticipated motions to dismiss the Amended Complaint on or before **February 24, 2012**.

4. Plaintiff shall file her opposition to Defendants' motions to dismiss on or before **March 23, 2012**.

5. Defendants shall file their replies in further support of their motions to dismiss on or before **April 13, 2012**.

6. A hearing on Defendants' anticipated motions to dismiss shall be scheduled at the Court's convenience and the Initial Case Management Conference presently scheduled for March 16, 2012 shall be rescheduled for the same date as any such hearing.

Dated: January 23, 2012

| **MORGAN, LEWIS & BOCKIUS LLP** | **KRONENBERGER ROSENFELD, LLP** |
|---|---|
| By: /s/ Thomas M. Peterson<br>THOMAS M. PETERSON<br>Attorneys for Defendant Hewlett-Packard Company | By: /s/ Jeffrey M. Rosenfeld<br>JEFFREY M. ROSENFELD<br>Attorneys for Plaintiff Carol Hill Castagnola |

**MYRON M. CHERRY & ASSOCIATES, LLC**

By: /s/ Myron M. Cherry
MYRON M. CHERRY
Attorneys for Defendant Regent Group, Inc.

**Defendants shall notice the motion to dismiss for hearing on May 4, 2012. The Case Management Conference shall be rescheduled after the motions to dismiss are resolved.**
**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED:** January 31, 2012

HON. JEFFREY S. WHITE