IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL HILL CASTAGNOLA, et al., | No. C 11-05772 JSW |
| Plaintiffs, | **FURTHER ORDER TO SHOW CAUSE RE JURISDICTION** |
| v. | |
| HEWLETT-PACKARD COMPANY d/b/a SNAPFISH.COM, et al., | |
| Defendants. | |

The Court has received and considered Plaintiffs' response to the Order to Show Cause re Subject Matter Jurisdiction, and the parties' stipulation regarding the filing of a Second Amended Complaint. The Court shall accept the parties' stipulation, but it concludes that does not resolve the issue of jurisdiction.

Plaintiffs now allege that "[t]his Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1332(d)(2)," the Class Action Fairness Act ("CAFA"), because this is a civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interests and costs, and is a class action in which a member of the class of plaintiffs is a citizen of a State different from Defendants. The size of the potential putative class exceeds 100." (Second Amended Complaint ¶ 12.) Although Plaintiffs have amended the Complaint to allege that the size of the class exceeds 100 persons, based on the amounts that Plaintiffs claim to have been charged by Regent, it still is not evident that Plaintiffs can meet CAFA's jurisdictional minimum. Therefore, the Court still is not satisfied that it has jurisdiction over this matter.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs' response to this Order to Show Cause shall be due by no later than May 21, 2012. If Defendants believe a reply to Plaintiffs' response is warranted, any such response shall be filed no later than May 29, 2012. The hearing on the motions to dismiss remains on calendar on June 15, 2012, pending further Order of the Court. If the Court finds the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: May 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE