| | |
|---|---|
| Jeffrey M. Rosenfeld (State Bar No. 222187) | THOMAS M. PETERSON, SBN 96011 |
| **KRONENBERGER ROSENFELD, LLP** | tmpeterson@morganlewis.com |
| 150 Post Street, Suite 520 | **MORGAN, LEWIS & BOCKIUS LLP** |
| San Francisco, California 94108 | One Market, Spear Street Tower |
| Telephone: (415) 955-1155 | San Francisco, CA 94105-1596 |
| Facsimile: (415) 955-1158 | Telephone: 415.442.1000 |
| jeff@KRInternetLaw.com | Facsimile: 415.442.1001 |
| *Attorneys for Plaintiff* | |
| | KRISTOFOR T. HENNING (*pro hac vice*) |
| Myron M. Cherry (California State Bar No. 50278) | khenning@morganlewis.com |
| **MYRON M. CHERRY & ASSOCIATES, LLC** | EZRA D. CHURCH (*pro hac vice*) |
| 30 North LaSalle Street, Suite 2300 | echurch@morganlewis.com |
| Chicago, Illinois 60602 | **MORGAN, LEWIS & BOCKIUS LLP** |
| Telephone: (312) 372-2100 | 1701 Market Street |
| Facsimile: (312) 853-0279 | Philadelphia, PA 19103-2921 |
| mcherry@cherry-law.com | Telephone: 215.963.5000 |
| *Attorneys for Defendant Regent Group, Inc.* | Facsimile: 215.963.5001 |
| | *Attorneys for Defendant* |
| | *Hewlett-Packard Company* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROL HILL CASTAGNOLA, an individual, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY dba SNAPFISH.COM, a California corporation, and REGENT GROUP, INC. dba ENCORE MARKETING INTERNATIONAL, a Delaware Corporation<br><br>Defendants. | **Case No. CV 11-5772 JSW**<br><br>**JOINT STIPULATION ON FILING OF SECOND AMENDED COMPLAINT AND BRIEFING AND HEARING ON MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND ORDER THEREON**<br><br>**Honorable Jeffrey S. White** |

Plaintiffs Carol Hill Castagnola and Ronda Maas ("Plaintiffs") and Defendants Regent Group, Inc. d/b/a Encore Marketing International ("EMI") and Hewlett-Packard Company ("HP"), by and through their attorneys of record, STIPULATE AS FOLLOWS:

1

WHEREAS, on February 1, 2012, Plaintiffs filed their First Amended Complaint;

WHEREAS, on February 24, 2012, EMI and HP each filed a motion to dismiss the First Amended Complaint;

WHEREAS, EMI's and HP's motions to dismiss have been fully briefed by the parties and a hearing on the motions is set for June 15, 2012;

WHEREAS, on April 30, 2012, the Court issued an order to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction because "Plaintiffs offer no allegations as to the size of the putative class and, thus, it is not evident that Plaintiffs can meet CAFA's jurisdictional minimum." *See* April 30, 2012 Order (Doc. 37);

WHEREAS, the parties have conferred and agreed that the most efficient manner to cure this pleading deficiency is for Plaintiffs to file a Second Amended Complaint that adds an allegation with respect to the size of the putative class;

WHEREAS, the proposed Second Amended Complaint is identical in all respects (including paragraph numbering) to the First Amended Complaint other than the addition of a single sentence to Paragraph 12 indicating the size of the potential putative class;

WHEREAS, all parties agree in the interest of avoiding delay and further unnecessary briefing that the briefs already on file with respect to the Defendants' motions to dismiss the First Amended Complaint (motions, joint response and replies) can be adopted and treated as motions and briefing directed toward the Second Amended Complaint and the Defendants' motions to dismiss can be heard on the date already scheduled by the Court (June 15, 2012);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT:

(1) Plaintiffs are given leave to file a Second Amended Complaint in accordance with this Stipulation;

(2) Defendants' pending motions to dismiss the First Amended Complaint (Docs. 31 and 32), Plaintiffs' joint response (Docs. 33 and 34) and Defendants' replies thereto (Docs. 35 and 36) shall be adopted and treated as motions and briefing directed toward the Second Amended Complaint; and

(3) The hearing on Defendants' motions to dismiss shall remain scheduled for June 15, 2012 at 9:00 AM.

**IT IS SO STIPULATED.**

| MORGAN, LEWIS & BOCKIUS LLP | MYRON M. CHERRY & ASSOCIATES, LLC |
|---|---|
| By: /s/ Kristofor T. Henning_____<br>KRISTOFOR T. HENNING<br>Attorneys for Defendant<br>Hewlett-Packard Company | By: /s/ Myron M. Cherry_____<br>MYRON M. CHERRY<br>Attorneys for Defendant<br>Regent Group, Inc. |

KRONENBERGER ROSENFELD, LLP

By: /s/ Jeffrey M. Rosenfeld_____
JEFFREY M. ROSENFELD
Attorneys for Plaintiff

Dated: May 11, 2012

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED:** May 11, 2012 _____
　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE