IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL HILL CASTAGNOLA, et al., | No. C 11-05772 JSW |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| HEWLETT-PACKARD COMPANY d/b/a SNAPFISH.COM, et al., | |
| Defendants. | |

On June 13, 2012, the Court issued an Order granting motions to dismiss filed by Hewlett Packard Company d/b/a Snapish.com and Regent Group, Inc. and granted Plaintiffs leave to file an amended complaint by no later than July 6, 2012. The Court also advised Plaintiffs that if they chose not to amend, they shall file a notice to that effect by no later than July 6, 2012. Plaintiffs have not filed an amended complaint or a notice stating their intent not to amend. Pursuant to the Order issued on June 13, 2012, and Plaintiffs having failed to file an amended complaint in the time permitted by the Court, this matter is DISMISSED WITH PREJUDICE. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE